UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DAUNTE M. REYNOLDS,**

     **Plaintiff,**

**v.**                                     **Case No. 5:25cv343-MCR/MJF**

**DUSTAIN PATERSON,** *et al.***,**

     **Defendants.**

                                        /

## ORDER

The Magistrate Judge issued a Report and Recommendation dated January 13, 2026.  ECF No. 5.  The Court has furnished Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The Court has made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation and all objections thereto timely filed, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation, ECF No. 5, is adopted and incorporated by reference in this order.

2.      This action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) as frivolous.

3.      The Clerk is directed to close the case file.

**DONE AND ORDERED** this 4th day of May 2026.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

CASE NO. 5:25cv343-MCR/MJF